BRIDGESTONE/FIRESTONE, INC. v.
OGDEN PLANT MAINT. CO. OF N.C.

No. 439A01

Case below: 144 N.C. App. 503

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 November 2001.

CAROLINA WATER SERV., INC. OF N.C. v.
TOWN OF PINE KNOLL SHORES

No. 431P00-2

Case below: 145 N.C. App. 686

Petition by plaintiff and intervenor for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

CHRISTOPHER v. CHERRY HOSP.

No. 524P01

Case below: 145 N.C. App. 427

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

COUNCILL v. TOWN OF BOONE BD. OF ADJUST.

No. 577P01

Case below: 146 N.C. App. 103

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.